UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-60855-DMM

HARVEY A. BUCHHOLZ

    Plaintiff,

vs.

ADVANTAGE VENDING SERVICES, INC.
d/b/a WINGS 'N THINGS, a Florida Profit
Corporation, and BISCAYNE 135 LTD., a
Florida Limited Partnership,

    Defendants.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, HARVEY A. BUCHHOLZ, and Defendants, ADVANTAGE VENDING SERVICES, INC. d/b/a WINGS 'N THINGS and BISCAYNE 135 LTD. and (hereafter, "the parties"), by and through the undersigned attorney, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. All parties shall bear their own attorneys' fees, costs and expenses other than those specified in said Confidential Settlement Agreement, and, other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the parties' Settlement Agreement. All parties consent to the form and content of this Stipulation and Order.

**SIGNATURE BLOCK ON NEXT PAGE**

Dated July 23, 2013

Respectfully Submitted,

By: s/Ronald Stern
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd., Ste. 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:    (954) 639-7198
Attorney for Plaintiff, HARVEY A. BUCHHOLZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-60855-DMM

HARVEY A. BUCHHOLZ

    Plaintiff,

vs.

ADVANTAGE VENDING SERVICES, INC.
d/b/a WINGS 'N THINGS, a Florida Profit
Corporation, and BISCAYNE 135 LTD., a
Florida Limited Partnership,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 23rd day of July 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified and documents will be served either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Ronald Stern
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd., Ste. 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:    (954) 639-7198
Attorney for Plaintiff, HARVEY A. BUCHHOLZ

3

## SERVICE LIST:

HARVEY A. BUCHHOLZ vs. ADVANTAGE VENDING SERVICES, INC.
d/b/a WINGS 'N THINGS, a Florida Profit Corporation, and BISCAYNE 135 LTD., a Florida
Limited Partnership
**CASE NO:** 13-CV-60855-DMM
United States District Court, Southern District Of Florida

ADVANTAGE VENDING SERVICES, INC.
d/b/a WINGS 'N THINGS

**REGISTERED AGENT:**

GALLAGHER, ALBERT
8310 S.W. 55$_{TH}$ COURT
DAVIE, FLORIDA 33328

**VIA US MAIL**


BISCAYNE 135 LTD.

**REGISTERED AGENT:**

KEYSTONE PARTNERSHIP, INC.
18205 BISCAYNE BLVD
2202
AVENTURA, FLORIDA 33160

**VIA US MAIL**